# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Bana B. | U.S.D.C. Western District of Oklahoma | 05/07/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

200 NW 4th Street
Room 1021 US Court House
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman of the Board | Special Olympics Oklahoma |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 05/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self Employed Photographer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Tax Exempt Money Market | A | Interest | K | T | | | | | |
| 2. Federal Employees Federal Credit Union | A | Interest | K | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 (IRA) | | | | | | | | | |
| 4. --Fidelity Advisors Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 5. --Fidelity Advisors Equity Growth Mutual Fund | | None | J | T | | | | | |
| 6. ---Fidelity Advisors Growth Opportunity Mutual Fund | A | Dividend | J | T | | | | | |
| 7. ---Fidelity Advisors Equity Income Mutual Fund | | None | J | T | | | | | |
| 8. --Fidelity Advisors New Insights Mutual Fund | | None | J | T | | | | | |
| 9. --Smith Barney Money Market Account | A | Interest | J | T | | | | | |
| 10. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 11. --Oppenheimer Global Mutual Fund | A | Dividend | | | Sold | 03/08/11 | J | A | |
| 12. --T. Rowe Price Mid-Cap Growth Mutual Fund | C | Dividend | K | T | | | | | |
| 13. --Fidelity Low Price Stock Fund | B | Dividend | K | T | | | | | |
| 14. --Schwab Cash Reserves Money Market | A | Interest | J | T | | | | | |
| 15. BROKERAGE ACCOUNT #3 (IRA) | | | | | | | | | |
| 16. --Schwab Money Market Account | A | Interest | L | T | | | | | |
| 17. --Fidelity Contra Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Oakmark Global Fund | | None | K | T | | | | | |
| 19. --T. Rowe Price Mid Cap Value Fund | B | Dividend | K | T | Buy (add'l) | 07/06/11 | J | | |
| 20. --T. Rowe Price Emerging Markets Fund | A | Dividend | L | T | Buy (add'l) | 07/06/11 | J | | |
| 21. --T. Rowe Price Mid Cap Growth Fund | D | Dividend | L | T | Buy (add'l) | 07/06/11 | J | | |
| 22. --Pimco High Yield Fund | B | Dividend | K | T | | | | | |
| 23. --Aberdeen Australia Equity Fund | | None | J | T | Buy (add'l) | 07/06/11 | J | | |
| 24. --Blackrock International Growth Trust | | None | J | T | | | | | |
| 25. --Ishares Barclays Tips ETF | | None | J | T | Sold | 01/04/11 | J | A | |
| 26. | | | | | Buy | 08/26/11 | K | | |
| 27. | | | | | Sold | 10/28/11 | K | A | |
| 28. | | | | | Buy | 11/25/11 | K | | |
| 29. | | | | | Sold (part) | 12/30/11 | J | A | |
| 30. --Ishares Basic Materials ETF | | None | | | Sold | 02/25/11 | J | A | |
| 31. --Ishares Consumer Services ETF | | None | | | Buy (add'l) | 01/04/11 | J | | |
| 32. | | | | | Sold | 08/26/11 | J | A | |
| 33. --Ishares Global Telecom ETF | | None | | | Buy (add'l) | 01/04/11 | J | | |
| 34. | | | | | Sold | 11/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Ishares Latin America ETF | | None | | | Buy (add'l) | 01/04/11 | J | | |
| 36. | | | | | Sold | 03/07/11 | J | A | |
| 37. --Ishares Nasdaq Biotech ETF | | None | J | T | Sold (part) | 01/04/11 | J | A | |
| 38. | | | | | Sold (part) | 02/25/11 | J | A | |
| 39. | | | | | Buy | 04/01/11 | J | | |
| 40. | | | | | Sold | 07/29/11 | J | A | |
| 41. | | | | | Buy | 11/25/11 | J | | |
| 42. --Ishares North American Technology ETF | | None | J | T | Buy (add'l) | 01/04/11 | J | | |
| 43. | | | | | Sold | 08/26/11 | J | A | |
| 44. | | | | | Buy | 10/28/11 | J | | |
| 45. --PCM Fund, Inc | B | Dividend | J | T | | | | | |
| 46. --Pimco Corporate Opportunity fund | C | Dividend | K | T | | | | | |
| 47. --Pimco Global Stocks Plus | C | Dividend | K | T | | | | | |
| 48. --Pimco Income Strategy Fund II | B | Dividend | K | T | | | | | |
| 49. --Powershares Dynamic Listed Private Equity Fund | | None | | | Sold | 07/06/11 | J | A | |
| 50. --Loomis Sayles Bond Fund | B | Dividend | K | T | | | | | |
| 51. --Third Avenue Value Fund | | None | | | Sold | 07/06/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Western Asset High Income Fund | | None | J | T | | | | | |
| 53. --Buffalo Science and Tech Fund | C | Dividend | K | T | Buy (add'l) | 07/06/11 | J | | |
| 54. --Pimco Strategic Global Fund | B | Dividend | K | T | | | | | |
| 55. --Trustco Bank Corp | | None | | | Sold | 07/06/11 | J | A | |
| 56. Ishares Canada Index ETF | | None | J | T | Buy | 03/07/11 | J | | |
| 57. | | | | | Sold | 05/03/11 | J | A | |
| 58. | | | | | Buy | 12/30/11 | J | | |
| 59. Ishares Energy ETF | | None | J | T | Buy | 02/25/11 | J | | |
| 60. Ishares Euro350 ETF | | None | | | Buy | 05/03/11 | J | | |
| 61. | | | | | Sold | 07/01/11 | J | A | |
| 62. | | | | | Buy | 10/28/11 | J | | |
| 63. | | | | | Sold | 11/25/11 | J | A | |
| 64. Ishares Global Health Care ETF | | None | | | Buy | 02/25/11 | J | | |
| 65. | | | | | Sold | 04/01/11 | J | A | |
| 66. Ishares Global Health Care Index Fund | | None | | | Buy | 07/29/11 | J | | |
| 67. | | | | | Sold | 10/28/11 | J | A | |
| 68. Ishares Japan Index Fund | | None | | | Buy | 07/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 08/26/11 | J | A | |
| 70. Ishares US Financial Svc | | None | | | Buy | 01/04/11 | J | | |
| 71. | | | | | Sold | 08/26/11 | J | A | |
| 72. Sector SPDR | | None | J | T | Buy | 08/26/11 | J | | |
| 73. | | | | | Sold | 10/28/11 | J | A | |
| 74. | | | | | Buy | 11/25/11 | J | | |
| 75. Sector SPDR Financial | | None | | | Buy | 10/28/11 | J | | |
| 76. | | | | | Sold | 11/25/11 | J | A | |
| 77. Sector SPDR Health Fund | | None | | | Buy | 10/28/11 | J | | |
| 78. | | | | | Sold | 11/25/11 | J | A | |
| 79. Sector SPDR Utilities | | None | J | T | Buy | 12/30/11 | J | | |
| 80. Vanguard CNSMR Discretionary | | None | | | Buy | 10/28/11 | J | | |
| 81. | | | | | Sold | 11/25/11 | J | A | |
| 82. INVESTMENT CLUB #2 | | | | | | | | | |
| 83. --PCM Fund | A | Dividend | J | T | Buy (add'l) | 03/08/11 | J | | |
| 84. | | | | | Buy (add'l) | 07/06/11 | J | | |
| 85. | | | | | Sold (part) | 11/29/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Pimco Global Stocks | A | Dividend | J | T | Buy (add'l) | 11/29/11 | J | | |
| 87. --Pimco Corporate Opp. | A | Dividend | J | T | | | | | |
| 88. --Pimco Income Strategies | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 89. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 90. --T. Rowe Price Media & Telecommunications Fund | B | Dividend | K | T | | | | | |
| 91. --T. Rowe Price Personal Strategy Growth Fund | | None | | | Sold | 01/26/11 | J | A | |
| 92. --T. Rowe Price Emerging Markets Stock Fund | A | Dividend | J | T | | | | | |
| 93. --T. Rowe Price Real Estate Fund | A | Dividend | K | T | Buy (add'l) | 01/26/11 | J | | |
| 94. BROKERAGE ACCOUNT #6 | | | | | | | | | |
| 95. --Skyline Special Equity Portfolio Fund | | None | J | T | | | | | |
| 96. --Pimco High Yield Fund | B | Dividend | K | T | | | | | |
| 97. --MB Financial Corp | A | Dividend | K | T | Buy | 02/23/11 | K | | |
| 98. --RBC Life Sciences | | None | J | T | | | | | |
| 99. --Blackrock International Growth trust | B | Dividend | J | T | | | | | |
| 100. --ING Asia Pacific High Fund | B | Dividend | J | T | | | | | |
| 101. --PCM Fund, Inc. | B | Dividend | K | T | | | | | |
| 102. --Pimco Corporate Opportunity Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Pimco Global Stocks Plus | B | Dividend | K | T | | | | | |
| 104.  --Pimco High Income Fund | C | Dividend | K | T | | | | | |
| 105.  --Powershares Dynamic Banking Fund | | None | J | T | Buy | 12/30/11 | J | | |
| 106.  --Powershares Dynamic Semiconductor Fund | | None | J | T | | | | | |
| 107.  --Powershares Financial Preferred | | None | K | T | | | | | |
| 108.  --Van Kampen Muni Trust | C | Dividend | K | T | | | | | |
| 109.  Denbury Resources, Inc. | | None | K | T | Buy | 12/23/11 | K | | |
| 110.  Pro Shares Ultra Dow 30 ETF | | None | J | T | Buy | 12/30/11 | J | | |
| 111.  Pro Shares Ulta Russell 2000 ETF | | None | J | T | Buy | 12/30/11 | J | | |
| 112.  U.S. Oil Fund ETF | | None | J | T | Buy | 12/30/11 | J | | |
| 113.  United International Corporation Common Stock | | None | J | T | Sold (part) | 12/30/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Bana B. | 05/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____s/ Bana B. Roberts_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544